# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Raymond Roger Surratt, Jr. ,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-181
3:04-cr-250-19

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 25, 2011 Order.

Signed: February 25, 2011

Frank G. Johns, Clerk
United States District Court