UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv181
(3:04cr250)

| | |
|---|---|
| RAYMOND SURRATT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's Motions to Clarify the Status of Case (Doc. Nos. 2, 4, 6 and 7). The Court has ruled on the Petitioner's claim and these motions are denied as moot.

**IT IS THEREFORE ORDERED** that: Petitioner's Motion to Clarify (Doc. No. 2, 4, 6 and 7) are DISMISSED as moot.

Signed: February 24, 2011

Robert J. Conrad, Jr.
Chief United States District Judge